UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS OF
WELLS FARGO COMMERCIAL MORTGAGE
TRUST 2018-C44, COMMERCIAL MORTGAGE
PASSTHROUGH CERTIFICATES, SERIES
2018-C44,

           Plaintiff,

- against -

31 PRINCE STREET, LLC, ET AL.,

           Defendants.

22-cv-5855 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants' response to the plaintiff's motion for the appointment of a receiver is due by October 7, 2022. The reply is due by October 14, 2022. The Court will hear the parties at a telephone conference on **October 19, 2022**, at **11:00 a.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            September 26, 2022

                                            John G. Koeltl
                                        United States District Judge