```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2018-C44, | 22-cv-5855 (JGK) <br><br> ORDER |
| Plaintiff, | |
| - against - | |
| 31 PRINCE STREET, LLC, et al., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

The time for defendants New York City Department of Finance and New York City Office of Administrative Trials and Hearings (the "City Defendants") to respond to the complaint is extended to **November 30, 2022.** If the City Defendants fail to respond by that date, the plaintiff may move by order to show cause for a default judgment against the City Defendants by **December 21, 2022.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice against the City Defendants for failure to prosecute.

SO ORDERED.

Dated:  New York, New York
        November 16, 2022

_____
John G. Koeltl
**United States District Judge**