```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2018-C44, <br><br> Plaintiff, <br><br> - against - <br><br> 31 PRINCE STREET, LLC, ET AL., <br> Defendants. | 22-cv-5855 (JGK) <br><br> ORDER |

---

JOHN G. KOELTL, District Judge:

The conference set for **November 22, 2022 at 2:30 P.M.** will be by telephone. Dial-in 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:  New York, New York
        November 18, 2022

                                    /s/ John G. Koeltl
                                    _____
                                        John G. Koeltl
                                    United States District Judge