UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS
OF WELLS FARGO COMMERCIAL MORTGAGE
TRUST 2018-C44, COMMERCIAL MORTGAGE
PASS-THROUGH CERIFICATES, SERIES
20,

            Plaintiff,

- against -

31 PRINCE STREET, LLC, ET AL.,

           Defendants.

---

22-cv-5855 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs may submit supplemental briefing by **December 2, 2022.** The defendants may submit responsive briefing by **December 9, 2022.**

SO ORDERED.

Dated:    New York, New York
           November 22, 2022

                                        John G. Koeltl
                                  United States District Judge