```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2018-C44, | 22-cv-5855 (JGK) <br><br> **ORDER** |
| Plaintiff, | |
| - against - | |
| 31 PRINCE STREET, LLC, ET AL., | |
| Defendants. | |

─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear, by phone, for oral argument in connection with the motion for the appointment of a receiver on **Friday, January 13, 2023**, at **2:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

Dated:   New York, New York
         December 29, 2022

                                        /s/ John G. Koeltl
                                        ─────────────────────
                                            John G. Koeltl
                                        United States District Judge