UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS
OF WELLS FARGO COMMERCIAL MORTGAGE
TRUST 2018-C44, COMMERCIAL MORTGAGE
PASS-THROUGH CERIFICATES, SERIES
20,

                 Plaintiff,

- against -

31 PRINCE STREET, LLC, ET AL.,

                 Defendants.

22-cv-5855 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs should submit a letter by **January 19, 2023** apprising the Court of whether they wish to proceed with the motion to appoint a receiver.

**SO ORDERED.**

Dated:    New York, New York
           January 13, 2023

                                            John G. Koeltl
                                     United States District Judge