UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS
OF WELLS FARGO COMMERCIAL MORTGAGE
TRUST 2018-C44, COMMERCIAL MORTGAGE
PASS-THROUGH CERIFICATES, SERIES
20,

22-cv-5855 (JGK)

ORDER

Plaintiff,

- against -

31 PRINCE STREET, LLC, ET AL.,

Defendants.

---

JOHN G. KOELTL, District Judge:

The plaintiff may move for summary judgment by **February 14, 2023**. The defendants may respond by **March 7, 2023**. The plaintiff may reply thereafter by **March 24, 2023**.

SO ORDERED.

Dated:    New York, New York
          January 24, 2023

_____
John G. Koeltl
United States District Judge