UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WILMINGTON TRUST, NATIONAL ASSOCIATION
AS TRUSTEE,

                Plaintiff,

                22 civ 5855 (JGK)

       -against-

31 PRINCE STREET, LLC, et al.,
                Defendants.
-------------------------------------------------------------X

## ORDER

The Court received the proposed receiver's bond, of $50,000.

The receiver shall revised the bond, to reflect the correct caption of this Court (United States District Court, Southern District of New York), rather than Supreme Court, County of New York.

The receiver is directed to bring the original of the revised bond to the Clerk's Office of this Court. The time to submit a revised bond is extended to **February 17, 2023.**

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 10, 2023