UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE               22-cv-5855 (JGK)
BENEFIT OF THE REGISTERED HOLDERS
OF WELLS FARGO COMMERCIAL MORTGAGE            ORDER
TRUST 2018-C44, COMMERCIAL MORTGAGE
PASS-THROUGH CERIFICATES, SERIES
20,

                Plaintiff,

- against -

31 PRINCE STREET, LLC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to submit courtesy copies of the pending fully briefed motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
           April 10, 2023

                                            John G. Koeltl
                                      United States District Judge