UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, N.A. AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 20,<br><br>                Plaintiff,<br><br>-against-<br><br>31 PRINCE STREET, LLC, et al.,<br><br>                Defendants. | 22-CV-5855 (JGK) (BCM)<br><br>**SCHEDULING ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

      In accordance with the agreement of the parties, and as discussed during today's teleconference, it is hereby ORDERED that plaintiff shall file its brief concerning the amount due to plaintiff under the Loan (and the amount collected by the Receiver), supported by one or more declarations or affidavits presenting the necessary evidence in admissible form, no later than **August 9, 2023**. Defendants shall file their responding papers no later than **September 15, 2023**. Plaintiff shall file its reply papers, if any, no later than **September 25, 2023**. Principal briefs are limited to 25 pages, and the reply brief is limited to 10 pages. Courtesy copies shall be delivered to chambers. *See* Moses Ind. Prac. § 2(h) and (g).

      If any party requests oral argument, or believes an evidentiary hearing is required, that party shall so request in a separate letter-application.

Dated: New York, New York
         July 19, 2023

                                                **SO ORDERED.**

                                                **BARBARA MOSES**
                                                **United States Magistrate Judge**