UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 20,<br><br>        Plaintiff,<br><br>  -against-<br><br>31 PRINCE STREET, LLC, et al.,<br><br>        Defendants. | 22-CV-5855 (JGK) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' written submissions as to the calculation of the amount owed by the Borrowers on the Loan. However, the Court is unable to calculate damages based on the submissions it has received so far.

    Judge Moses will hold a telephonic conference on **April 18, 2024, at 12:00 p.m.**, to address potential further submissions or, if necessary, an evidentiary hearing. A few minutes before the conference, the parties shall dial (888) 557-8511 and enter access code 7746387.

Dated: New York, New York
       April 12, 2024

_____
**BARBARA MOSES**
**United States Magistrate Judge**