USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 20, <br><br>        Plaintiff, <br><br>  -against- <br><br>31 PRINCE STREET, LLC, et al., <br><br>        Defendants. | 22-CV-5855 (JGK) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's teleconference, plaintiff shall file its updated and supplemental materials as to the calculation of the amount owed by the Borrowers on the Loan no later than **May 13, 2024**, and shall provide the Court with large-format courtesy copies of its updated Exhibits 7A-7N (or comparable exhibits) on paper. Defendants shall file any responding papers no later than **May 31, 2024**. If plaintiff wishes to file reply papers, it must so request in a letter-application filed promptly after its receipt of the responding papers.

Dated: New York, New York
       April 18, 2024

_____
**BARBARA MOSES**
**United States Magistrate Judge**