# Holland & Knight

787 Seventh Avenue 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

David V. Mignardi
212.751.3171
david.mignardi@hklaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/10/2024__

May 8, 2024

**MEMO ENDORSED**

**VIA ECF:**
Honorable Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

> Re: *Wilmington Trust, National Association, As Trustee, etc. v. 31 Prince Street, LLC et al*; Case No. 2:22-cv-05855 (JGK) (BCM)

Dear Judge Moses:

    We are counsel to plaintiff Wilmington Trust, National Association, as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2018-C44, Commercial Mortgage Pass-Through Certificates, Series 2018-C44 ("Plaintiff"), acting by and through its special servicer, Rialto Capital Advisors, LLC, as Special Servicer under the Pooling and Servicing Agreement dated as of May 1, 2018, in the above-referenced action.

    Pursuant to Your Honor's Order dated April 18, 2024: (i) Plaintiff is to file its updated and supplemental materials as to the calculation of the amount owed on the Loan no later than May 13, 2024 (and provide the Court with certain requested large-format courtesy copies as instructed therein); (ii) defendants 31 Prince Street, LLC, Wah Kok Realty Corp. and Edmond Li (collectively, "Defendants") are to file their responsive papers no later than May 31, 2024; and (iii) Plaintiff is to, if it so wishes after receipt of the responsive papers, promptly request allowance to file reply papers by letter-application. See ECF No. 124. In accordance with Rule 2(A) of Your Honor's Individual Practices and so that Plaintiff may finalize its updated proposed damages computations, we respectfully request a two-week extension of time for Plaintiff to file its initial submissions and a corresponding two-week extension of time for Defendants to file its responsive submissions, with Plaintiff having the opportunity, if it so wishes, to request allowance to file reply papers promptly thereafter.

    This is the first time Plaintiff has sought an extension of any deadline reflected in the Order. Defendants' counsel has indicated that they consent to this request.

Honorable Barbara Moses, U.S.M.J.
May 8, 2024
Page 2

We respectfully thank the Court for its consideration of this matter.

Respectfully Submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ David V. Mignardi
David V. Mignardi, Esq.

cc: All counsel of record (via ECF)

---

Application GRANTED. Plaintiff shall file its updated and supplemental materials as to the calculation of the amount owed by the Borrowers on the Loan no later than **May 28, 2024**, and shall provide the Court with large-format courtesy copies of its updated Exhibits 7A-7N (or comparable exhibits) on paper. Defendants shall file any responding papers no later than **June 14, 2024**. If plaintiff wishes to file reply papers, it must so request in a letter-application filed promptly after its receipt of the responding papers. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 10, 2024