```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE                22-cv-5855 (JGK)
BENEFIT OF THE REGISTERED HOLDERS OF
WELLS FARGO COMMERCIAL MORTGAGE TRUST           ORDER
2018-C44, COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 20,

                    Plaintiff,

          - against -

31 PRINCE STREET, LLC, ET AL.,

                    Defendants.
------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

On April 18, 2025, the Court adopted the thorough Report and Recommendation issued by Magistrate Judge Moses ("Report"). ECF No. 153. Accordingly, the plaintiff was directed to submit a proposed judgment and the defendants were permitted to file any objections. Id.

On April 25, 2025, the plaintiff timely submitted a proposed judgment. ECF No. 154. The defendants have not filed any objections to the proposed judgment, and the time for the defendants to do so has expired.

The proposed judgment, however, contains several deficiencies. Pursuant to the Report, which the Court adopted in full, the following changes should be made:

- First, references to "property protective advances" should be amended to "tax advances, other property protective advances, and fees."

- Second, at pages six through seven, the paragraph beginning with "FOURTH:" should incorporate the exact language as detailed in the Report with respect to the accrual of interest. It is incorrect to state "at the rate set forth pursuant to the subject loan documents" because the Report carefully limited the award of pre-judgment interest as set forth in the Report.

- Third, on page seven, the phrase "together with attorneys' fees and costs, if any," should be amended to state, "together with reasonable and substantiated attorneys' fees and costs, if any."

- Fourth, any typographical errors should be fixed. In particular, on page six, in the paragraph beginning with "THIRD:" the word "mortgaged" should be amended to "mortgage." And on page eight, the reference to "Edward li" should be amended to "Edward Li."

The plaintiff is directed to submit a revised proposed judgment by **May 9, 2025**. The plaintiff may submit, but need not submit, a short accompanying letter explaining any additional changes made or any changes directed by the Court that the plaintiff objects to. A courtesy copy of the revised proposed judgment should be sent, in Microsoft Word document format and by email, to the undersigned's chambers, with opposing counsel copied. The defendants may file any objections to the revised proposed judgment by **May 14, 2025**.

SO ORDERED.

Dated:   New York, New York
         May 5, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge