UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 20, | 22-cv-5855 (JGK)  ORDER |
| Plaintiff, | |
| - against - | |
| 31 PRINCE STREET, LLC, ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

On May 29, 2025, this Court granted final judgment as to Counts I, II, and III of the Complaint. ECF No. 159. The parties are directed to submit, by **June 13, 2025,** the parties' proposed schedules (preferably a joint schedule) with respect to proceeding on the remaining counts.

SO ORDERED.

Dated: New York, New York
June 6, 2025

John G. Koeltl
United States District Judge