```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF WELLS FARGO COMMERCIAL MORTGAGE TRUST 2018-C44, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 20, | 22-cv-5855 (JGK) <br><br> <u>ORDER</u> |
| Plaintiff, | |
| - against - | |
| 31 PRINCE STREET, LLC, ET AL., | |
| Defendants. | |

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

On May 29, 2025, this Court granted final judgment as to Counts I, II, and III of the Complaint. ECF No. 159. The parties are directed to submit, by **June 16, 2025**, the parties' proposed schedules (preferably a joint schedule) with respect to proceeding on the remaining count.

SO ORDERED.

Dated:   New York, New York
         June 9, 2025

　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　United States District Judge