UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
BENEFIT OF THE REGISTERED HOLDERS OF
WELLS FARGO COMMERCIAL MORTGAGE TRUST
2018-C44, COMMERCIAL MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 20,

        Plaintiff,

- against -

31 PRINCE STREET, LLC, ET AL.,

        Defendants.

---

22-cv-5855 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    In view of the Stipulation and Order entered on June 13, 2025 (ECF No. 166), this case is **stayed**. No later than thirty (30) days after the disposition of the real property that is the subject of this case, the parties shall submit a status report to this Court advising whether this case should proceed or be dismissed.

SO ORDERED.

Dated:    New York, New York
            June 14, 2025

                                          John G. Koeltl
                                United States District Judge