UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL
ASSOCATION,

                    Plaintiff,          22-cv-5855 (JGK)

        - against -                     ORDER

31 PRINCE STREET, LLC, ET AL.

                    Defendants.

---

JOHN G. KOELTL, District Judge:

The defendants may reply to the plaintiff's motion for
confirmation of the referee's report of sale, entry of
deficiency judgment, and other relief (ECF No. 180) by
**April 28, 2026.** The plaintiff may reply by **May 12, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 7, 2026

                                    John G. Koeltl
                            United States District Judge